IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RISHEEN DANIEL ROBINSON (01),<br><br>　　　　Defendant. | Case No. 10-40037-01-DDC |

### AMENDED MEMORANDUM AND ORDER

Earlier, the court addressed defendant's Motion for a Reduction of Sentence (Doc. 167), as supplemented in Doc. 171.  Together, these filings invoked 18 U.S.C. § 3582(c)(1)(A)—commonly called the compassionate release statute and amended by the First Step Act of 2018.  In a Memorandum and Order filed on December 30, 2022 (Doc. 172), the court concluded that: (a) extraordinary and compelling reasons warrant the reduction sought by Mr. Robinson's motion; and (b) consistent with Circuit precedent, the only pertinent policy statement issued by the Sentencing Commission doesn't apply to compassionate release motions filed by the defendant.  Doc. 172 at 3–6, 7–8.  The court deferred ruling, however, because the final factor—whether the relief sought by defendant comports with the sentencing factors specified in § 3553(a) of Title 18 of the United States Code deserved more current information.

The court directed the United States Probation Office to prepare a supplement to Mr. Robinson's Presentence Report.  It complied.  *See* Doc. 173 ("Supplemental Report").  The court also provided Mr. Robinson and counsel an opportunity to address the court about the sentencing factors.  They availed themselves of this opportunity at a hearing held on February 22, 2023.  The court has considered their arguments and concluded that the requested reduction is

consistent with the statutory sentencing factors for reasons explained on the record during the February 22 hearing. The court thus concludes that the reduction is consistent with all three considerations established by the Circuit and, therefore, it grants Mr. Robinson's Motion for a Reduction of Sentence (Doc. 167) under 18 U.S.C. § 3582(c)(1)(A). The court will enter an Order on Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) forthwith, reducing Mr. Robinson's sentence to time served.

**IT IS SO ORDERED.**

**Dated this 23rd day of February, 2023, at Kansas City, Kansas.**

<u>**s/ Daniel D. Crabtree**</u>
**Daniel D. Crabtree**
**United States District Judge**